AO 91 ( Rev. 5/85) Criminal Complaint

FILED

# United States District Court

APR 19 2012

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

Western   DISTRICT of   Texas

United States of America
V.
Luis Fabian Rivera Gonzalez
Avenida Lazaro Cardenas S/N
San Luis Potosi, Mexico

(Name and Address of Defendant)

**Criminal Complaint**
Case Number: DR12-4830M01

I, the undersigned complainant being sworn state the following is true and correct to the best of my knowledge and belief. On or about April 17, 2012 in Maverick County in the Western District of Texas the defendant(s) was, (Track Statutory Language of Offense)

found in the United States and was apprehended at the port of Eagle Pass, Texas after being formally deported to Mexico on February 19, 2010, through the port of Del Rio, Texas. The defendant did not obtain permission from the Secretary of Homeland Security and the United States Attorney General to seek re-admission to the United States after his deportation.

in violation of Title __8__ United States Code, Section(s) __1326 (a)(1)__.

I further state that I am a(n) Customs & Border Protection Enforcement Officer and that this complaint is based on the following facts:

That on March 27, 2012, the defendant was apprehended within the United States during an outbound operation conducted by US Customs and Border Protection Officers at the Eagle Pass Port of Entry. The defendant was taken to Passport Control secondary where he admitted that he is a native and citizen of Mexico with no legal right to reside in the United States. The defendant was deported from the United States on February 19, 2012 through Del Rio, Texas Port of Entry. Record checks revealed that he did not obtain permission from the Secretary of Homeland Security and the United States Attorney General to seek re-admission to the United States.

Continued on the attached sheet and made a part hereof: ____ Yes __XX__ No

Rosa I. Arellano
Signature of Complainant

Sworn to before me and subscribed in my presence,

April 19, 2012   at   Del Rio, Texas
Date            City and State

Victor R. Garcia U.S. Magistrate Judge
Name and Title of Judicial Officer   Signature of Judicial Officer